|  |  |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| HENRY L. GRAVES, | ) NO. CV 04-4178 PSG (FMO) |
|---|---|
| Petitioner, | ) |
| v. | ) **ORDER TO SHOW CAUSE** |
| ANTHONY KANE, Warden, | ) |
| Respondent. | ) |

On November 9, 2009, the Order of the Chief Judge reassigning this case to District Judge Philip S. Gutierrez, filed on October 20, 2009, was returned to the court undelivered and marked "Refused" and "Paroled." Pursuant to Local Rule 41-6, petitioner has an obligation to keep the court advised of a current address throughout the duration of his lawsuit. Petitioner is advised that his failure to comply with his continuing obligation to keep the court apprised of a current mailing address and/or his failure to comply with a court order because he did not receive the order, could result in his case being dismissed for failure to obey the orders of this court and/or for want of prosecution. See Court's Order of June 14, 2004 ("Petitioner . . . shall immediately notify the court and respondent's counsel of any change of petitioner's address. If petitioner fails to keep the court informed of a current mailing address where petitioner may be contacted and served with papers, this action may be dismissed without prejudice for failure to prosecute."); Local Rule 41-6 ("If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal

1  Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify in writing,
2  the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action
3  with or without prejudice for want of prosecution.").
4     Based on the foregoing, IT IS ORDERED THAT:
5     1.  Petitioner shall file with the court a Notice of Change of Address no later than
6  **November 30, 2009**.
7     2.  **Petitioner's failure to timely comply with this Order, or with his continuing**
8  **obligation to keep the court apprised of a current mailing address, may result in this case**
9  **being dismissed for failure to obey the orders of this court and/or for want of prosecution.**
10 Dated this 13th day of November, 2009.

/s/
Fernando M. Olguin
United States Magistrate Judge