# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY L. GRAVES,<br><br>    Petitioner,<br><br>    v.<br><br>ANTHONY KANE, Warden,<br><br>    Respondent. | NO. CV 04-4178 PSG (FMO)<br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: December 11, 2009.

                                                      PHILIP S. GUTIERREZ<br>                                              UNITED STATES DISTRICT JUDGE